Glenn D. CONNER, Petitioner—
Appellant,

v.

Ronald J. ANGELONE, Director of the
Virginia Department of Corrections,
Respondent—Appellee.

No. 03–7560.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 25, 2004.

Decided March 12, 2004.

Glenn D. Conner, Appellant pro se.

Michael Thomas Judge, Office of the
Attorney General of Virginia, Richmond,
Virginia, for Appellee.

Before WILLIAMS, MOTZ, and
DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Glenn D. Conner seeks to appeal the
district court's order dismissing as untimely
filed his petition filed under 28 U.S.C.
§ 2254 (2000). The order is not appealable
unless a circuit justice or judge issues
a certificate of appealability. 28 U.S.C.
§ 2253(c)(1) (2000). A certificate of appealability
will not issue absent "a substantial
showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2000).
A prisoner satisfies this standard by demonstrating
that reasonable jurists would
find that his constitutional claims are debatable
and that any dispositive procedural
rulings by the district court are also debatable
or wrong. See Miller–El v. Cockrell,
537 U.S. 322, 336, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003); Slack v. McDaniel,
529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); Rose v. Lee, 252 F.3d
676, 683 (4th Cir.2001). We have independently
reviewed the record and conclude
that Conner has not made the requisite
showing. Accordingly, we deny Conner's
motion to proceed on appeal in forma pauperis,
deny a certificate of appealability,
and dismiss the appeal. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argument
would not aid the decisional process.

DISMISSED